UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JESSE CRUZ,<br>　　　　　Plaintiff,<br>　　v.<br>J. RICHARDS, et al.,<br>　　　　　Defendants. | Case No. 21-cv-00859-JCS (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff was ordered to file an amended complaint after his original complaint was dismissed in response to defendants' motion to dismiss. (Dkt. No. 23.) The deadline has passed and no amended complaint has been filed. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to comply with the Court's order and for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen. Any motion to reopen must (i) have the words MOTION TO REOPEN written on the first page; and (ii) contain an amended complaint that appears on this Court's form and that complies with all the instructions in the order dismissing the complaint with leave to amend.

The parties have consented to magistrate judge jurisdiction for all purposes under 28 U.S.C. § 636(c). (Dkt. Nos. 3 and 16.)

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** July 5, 2022

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge